

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3291
yglazer@lpgmlaw.com

April 25, 2022

(via ECF)

Honorable Sanket J. Bulsara
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Albert Aminov v. AmGUARD Insurance Company*
      United States District Court, Eastern District of New York
      21 CV 479 (DG) (SJB)

Dear Judge Bulsara:

    Please accept this letter as the parties' joint response to the April 20, 2022 Minute Entry and Order. The parties are not interested in a further settlement conference or referral to the EDNY mediation program.

                                         Very truly yours,

*s/David Levy*                                        *s/Yale Glazer*

David Levy                                             Yale Glazer